UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK WESTBROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01324-MTS |
| | ) | |
| BHUMI PATEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon a handwritten complaint from self-represented Plaintiff Frederick Westbrook, received by the Court on October 3, 2024. Doc. [1]. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, Plaintiff has neither paid the $405 filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a); *see also Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998) (per curiam) (explaining federal law "require[s] all prisoner-litigants to pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). If Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee in full or submit the application to proceed in district court without prepaying fees or costs no later than **Wednesday, December 11, 2024**.

**IT IS FINALLY ORDERED** that Plaintiff must file an amended complaint on the Court-provided form no later than **Wednesday, December 11, 2024**.

Dated this 20th day of November 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE